**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                                               Case No.: **24-16963-CLC**
                                                                     Chapter 13

**NURIA GEORGINA ALLEN**

　　　　Debtor　　　　/

### EMERGENCY MOTION TO EXTEND AUTOMATIC STAY
(Bankruptcy filed on July 12, 2024)

**COMES NOW** the Debtor, **Nuria Georgina Allen** by and through the undersigned counsel and pursuant to 11 U.S.C. § 362(c)(3)(B) and herein moves this Honorable Court enter an Order Extending the Automatic Stay, and makes the following representations in support of this request:

1. The instant case was commenced by Debtor with the filing of a Voluntary Chapter 13 Petition on July 12, 2024**.** ("Petition Date").

2. The Debtor has had one prior active bankruptcy within the twelve (12) months prior to said filing date. The former bankruptcy, Case No**.** 23-19324-RAM was filed on November 13, 2023**,** and the case was subsequently dismissed on December 27, 2023**.**

3. Due to the Debtors job cutting her hours she was unable to continue with the prior bankruptcy filed and make the monthly payments.

4. As a result, Debtor's Chapter 13 case was dismissed, and the case was terminated on January 29, 2024**.**

5. Since the closing of the previous case, Debtor's hours at her place of employment have been restored resulting in an increase in her income and now has rental income that will assist her in making the monthly payments.

6. Accordingly, the Debtor seeks the continuation of the automatic stay against all creditors.

7. The instant Motion is not made for the purpose of delay.

### CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that a true and correct copy of the Debtor's Motion to Extend the Stay was served electronically EC/CMF and also via U.S. First Class Mail, upon the Parties listed on the service list on this 18th day of July 2024.

**SERRANO, FARAH LAW LP**

/s/ Jessica Serrano, Esq.
Jessica Serrano, Esq.
FBN: 85387
Serrano, Farah Law LP
3850 Bird Road Suite 1001
Coral Gables, FL 33146
Phone: 305-446-0163
Email:
Jessica.serranolaw@gableslawfirm.com
bkservice.serranolaw@gableslawfirm.com